# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OCTIVAN MOORE, | ) | Case No. LA CV 17-04195-VBF (JEM) |
| Petitioner, | ) | |
| | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| | ) | Denying Document #34 Extension; Denying the Habeas Corpus Petition; Directing Entry of Separate Judgment; Directing Separate COA Ruling |
| RAYMOND MADDEN, Warden, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. Section 636 and Fed. R. Civ. P. 72, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge. IT IS ORDERED that:

(1) Petitioner's September 23, 2019 Motion for a Third Extension of the Objection Deadline **[Document # 34] is DENIED.**

(2) **The Petition for a writ of habeas corpus [Doc #1] is DENIED** for lack of merit.

(3) **This action is DISMISSED with prejudice.**

(4) Final judgment shall be entered consistent with this Order and with the R&R. As required by Fed. R. Civ. OP. 58(a), judgment will be a separate document.

Dated: October 1, 2019

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE