JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCTIVAN MOORE, | Case No. LA CV 17-04195-VBF-JEM |
| Petitioner, | **J U D G M E N T** |
| v. | |
| RAYMOND MADDEN, Warden, | |
| Respondent. | |

Final judgment is hereby entered in favor of the respondent warden and against petitioner Octivan Moore.

IT IS SO ADJUDGED.

Dated: October 1, 2019

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE